UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br>PURDUE PHARMA L.P., *et al.*,<br><br>Debtors.[1]<br><br>PURDUE PHARMA L.P., *et al.*,<br><br>Plaintiffs,<br>v.<br><br>COMMONWEALTH OF MASSACHUSETTS, *et al.*,<br><br>Defendants. | Chapter 11<br><br>Case No. 19-23649 (SHL)<br><br>(Jointly Administered)<br><br><br>Adv. Pro. No. 19-08289 (SHL) |

**STATE OF MARYLAND'S STATEMENT OF ISSUES
AND DESIGNATION OF RECORD ON APPEAL**

Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, Appellant, the State of Maryland ("Maryland") hereby files its statement of issues on appeal and designations of record. *See* Notice of Appeal Thirty-Seventh Amended Order Pursuant to 11 U.S.C. § 105(a) Granting Motion for a Preliminary Injunction (September 12, 2024), *Purdue Pharma, L.P., v. Commonwealth of Massachusetts*, [Adv. Docket No. 535]; Amended Notice of Appeal (Thirty-Seventh and Thirty-Eighth Amended Orders Pursuant to 11 U.S.C. § 105(a) Granting Motion for a Preliminary Injunction) (October 11, 2024) [Adv. Docket No. 563];

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Purdue Products L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick and L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717), and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

I. **Issues on Appeal:**

1. Whether the bankruptcy court erred in determining it had authority to continue the preliminary injunction enjoining litigation against the Appellees' non-debtor Related Parties (including members of the Sackler families and their affiliates and trusts) following the Supreme Court's ruling in *Harrington v. Purdue Pharma, L.P.*, 144 S. Ct. 2071 (2024)?

2. If the bankruptcy court had authority to continue the preliminary injunction, whether the bankruptcy court abused its discretion in so doing?

II. **Designations for Record on Appeal**

| Adversary Docket No. | Date Filed | Title |
|---|---|---|
| 2 | 9/18/2019 | Motion for Preliminary Injunction |
| 105 | 11/06/2019 | Second Amended Order Pursuant to 11 U.S.C. § 105(a) Granting Motion for a Preliminary Injunction. |
| 115 | 11/20/2019 | Third Amended Order Pursuant to 11 U.S.C. §105(a) Granting Motion for a Preliminary Injunction |
| 126 | 12/09/2019 | Fourth Amended Order Pursuant to 11 U.S.C. § 105(a) Granting for Preliminary Injunction |
| 132 | 01/02/2020 | Fifth Amended Order Purusant to 11 U.S.C. §105(a) Granting Motion for a Preliminary Injunction |
| 139 | 02/17/2020 | Sixth Amended Order Pursuant to 11 U.S.C. §105(a) Granting Motion for a Preliminary Injunction |
| 145 | 03/04/2020 | Seventh Amended Order Pursuant to 11 U.S.C. §105(a) Granting Motion for a Preliminary Injunction |
| 146 | 03/04/2020 | Motion to Extend Preliminary Injunction |
| 168 | 03/30/2020 | Eighth Amended Order Pursuant to 11 U.S.C. § 105(a) Granting Motion for a Preliminary Injunction |
| 175 | 04/14/2020 | Ninth Amended Order Pursuant to 11 U.S.C. §105(a) Granting Motion for a Preliminary Injunction |
| 185 | 05/18/2020 | Tenth Amended Order Pursuant to 11 U.S.C. §105(a) Granting Motion for a Preliminary Injunction |
| 190 | 07/20/2020 | Eleventh Amended Order Pursuant to 11 U.S.C. §105(a) Granting Motion for a Preliminary Injunction |

| 194 | 08/31/2020 | Twelfth Amended Order Pursuant to 11 U.S.C. §105(a) Granting Motion for a Preliminary Injunction |
| --- | --- | --- |
| 197 | 09/16/2020 | Motion to Extend the Preliminary Injunction |
| 208 | 10/01/2020 | Thirteenth Amended Order Pursuant to 11 U.S.C. § 105(a) Granting Motion for a Preliminary Injunction |
| 214 | 10/30/2020 | Fourteenth Amended Order Pursuant to 11 U.S.C. §105(a) Granting Motion for a Preliminary Injunction |
| 219 | 02/14/2021 | Motion to Extend Preliminary Injunction |
| 224 | 03/01/2021 | Fifteenth Amended Order Pursuant to 11 U.S.C. §105(a) Granting Motion for a Preliminary Injunction |
| 227 | 03/12/2021 | Motion to Extend the Preliminary Injunction |
| 241 | 03/26/2021 | Sixteenth Amended Order Pursuant to 11 U.S.C. § 105(a) Granting Motion for a Preliminary Injunction |
| 245 | 04/07/2021 | Motion to Extend the Preliminary Injunction |
| 254 | 04/22/2021 | Seventeenth Amended Order Pursuant to 11 U.S.C. §105(a) Granting a Motion for a Preliminary Injunction |
| 258 | 05/06/2021 | Motion to Extend Preliminary Injunction |
| 264 | 05/24/2021 | Eighteenth Amended Order Pursuant to 11 U.S.C. § 105(a) Granting Motion for a Preliminary Injunction |
| 269 | 06/02/2021 | Motion to Extend the Preliminary Injunction |
| 274 | 06/17/2021 | Nineteenth Amended Order Pursuant to 11 U.S.C. §105(a) Granting Motion for a Preliminary Injunction |
| 286 | 08/30/2021 | Twentieth Amended Order Pursuant to 11 U.S.C. § 105(a) Granting Motion for a Preliminary Injunction |
| 287 | 09/02/2021 | Twenty-First Amended Order Pursuant to 11 U.S.C. § 105(a) Granting Motion for a Preliminary Injunction |
| 291 | 09/21/2021 | Twenty-Second Amended Order Pursuant to 11 U.S.C. §105(a) Granting Motion for a Preliminary Injunction |
| 303 | 12/20/2021 | Motion to Extend the Preliminary Injunction |
| 314 | 01/03/2022 | Twenty-Third Amended Order Pursuant to 11 U.S.C. § 105(a) Granting Motion for a Preliminary Injunction |
| 317 | 01/18/2022 | Motion to Extend the Preliminary Injunction |
| 323 | 02/01/2022 | Twenty-Fourth Amended Order Pursuant to 11 U.S.C. §105(a) Granting Motion for a Preliminary Injunction |
| 324 | 02/03/2022 | Motion to Extend the Preliminary Injunction |

| 331 | 02/16/2022 | Motion to Extend Time/Motion to Extend the Preliminary Injunction |
|---|---|---|
| 333 | 02/17/2022 | Twenty-Fifth Amended Order Pursuant to 11 U.S.C. § 105(a) Granting Motion for a Preliminary Injunction. |
| 338 | 03/02/2022 | Twenty-Sixth Amended Order Pursuant to 11 U.S.C. §105(a) Granting Motion for a Preliminary Injunction |
| 344 | 03/10/2022 | Motion to Extend the Preliminary Injunction |
| 349 | 03/23/2022 | Twenty-Seventh Amended Order Pursuant to 11 U.S.C. § 105(a) Granting Motion for a Preliminary Injunction |
| 353 | 04/13/2022 | Motion to Extend Time/ Motion to Extend the Preliminary Injunction |
| 356 | 04/29/2022 | Twenty-Eighth Amended Order Pursuant to 11 U.S.C. § 105(a) Granting Motion for a Preliminary Injunction |
| 379 | 08/19/2022 | Twenty-Ninth Amended Order Pursuant to 11 U.S.C. § 105(a) Granting Motion for a Preliminary Injunction |
| 391 | 10/04/2022 | Thirtieth Amended Order Pursuant to 11 U.S.C. §105(a) Granting a Motion for a Preliminary Injunction |
| 400 | 12/05/2022 | Thirty-First Amended Order Pursuant to 11 U.S.C. §105(a) Granting Motion for a Preliminary Injunction |
| 410 | 02/07/2023 | Thirty-Second Amended Order Pursuant to 11 U.S.C. §105(a) Granting Motion for a Preliminary Injunction |
| 421 | 06/15/2023 | Motion to Extend Time/ Motion to Extend the Preliminary Injunction |
| 432 | 07/12/2023 | Thirty-Third Amended Order Pursuant to 11 U.S.C. §105(a) Granting Motion for a Preliminary Injunction |
| 457 | 12/19/2023 | Notice of Proposed Order/Notice of Filing of Proposed Thirty-Fourth Amended Preliminary Injunction Order |
| 460 | 01/23/2024 | Thirty-Fourth Amended Order Pursuant to 11 U.S.C. §105(a) Granting Motion for a Preliminary Injunction |
| 479 | 05/22/2024 | Notice of Proposed Order/Notice of Filing of Revised Proposed Thirty-Fifth Amended Order Pursuant to 11 U.S.C. §105(a) Granting Motion for a Preliminary Injunction |
| 484 | 05/31/2024 | Thirty-Fifth Amended Order Pursuant to 11 U.S.C. §105(a) Granting Motion for A Preliminary Injunction |
| 489 | 06/27/2024 | Motion to Authorize/Motion to Extend the Preliminary Injunction |

| 490 | 06/28/2024 | Memorandum of Law in Support of Motion to Extend Preliminary Injunction to Facilitate Mediation |
| --- | --- | --- |
| 492 | 06/28/2024 | Order Shortening Notice With Respect To Debtors' Motion to Extend the Preliminary Injunction |
| 493 | 07/01/2024 | Statement in Response to Debtors' Motion to Extend the Preliminary Injunction to Facilitate Mediation |
| 499 | 07/05/2024 | Reservation of Rights of Certain Canadian Municipal Creditors and Certain Canadian First Nations Creditors to Debtors' Motion to Extend the Preliminary Injunction, and Request to be Included within Proposed Mediation |
| 500 | 07/05/2024 | Motion to Dismiss Adversary Proceeding (Count Two Only) |
| 502 | 07/08/2024 | Reply to Motion Reply Memorandum in Further Support of Motion to Extend the Preliminary Injunction and Facilitate Mediation |
| 503 | 07/08/2024 | Response to Debtors' Motion to Extend the Preliminary Injunction |
| 506 | 07/10/2024 | Thirty-Sixth Amended Order Pursuant to 11 U.S.C. §105(a) Granting Motion for a Preliminary Injunction |
| 511 | 07/26/2024 | Transcript regarding Hearing Held on 07/09/2024 at 2:14 PM RE: Motion to Extend Preliminary Injunction |
| 512 | 08/23/2024 | Motion to Extend Time/Motion to (I) Extend the Mediation; (II) Extend the Preliminary Injunction and Associated Deadlines Including Tolling; and (III) Extend Schedule for the Standing Motion |
| 513 | 08/23/2024 | Memorandum of Law in Support of Motion to (I) Extend the Mediation; (II) Extend the Preliminary Injunction and Associated Deadlines Including Tolling; and (III) Extend Schedule for the Standing Motion |
| 514 | 08/23/2024 | Motion to Shorten Time/Debtors' Ex Parte Motion for Entry of an Order Shortening Notice for Debtors' Motion to (I) Extend the Mediation; (II) Extend the Preliminary Injunction and Associated Deadlines Including Tolling; and (II) Extend Schedule for the Standing Motion |
| 515 | 08/27/2024 | Order Shortening Notice With Respect to Debtors' Motion To (I) Extend the Mediation; (II) Extend the Preliminary Injunction and Associated Deadlines Including Tolling; and (III) Extend Schedule for the Standing Motion |
| 517 | 08/30/2024 | Nassau County, NY's Objection to the Debtors' Motion to (I) Extend the Mediation; (II) Extend the Preliminary Injunction and Associated Deadlines Including Tolling; and (III) Extend Schedule for the Standing Motion |

| 519 | 08/30/2024 | Opposition Joinder of Canadian Creditor City of Toronto to the Objection of the County of Nassau |
|---|---|---|
| 520 | 08/30/2024 | Response to Motion to Extend Injunction and Mediation |
| 521 | 08/30/2024 | Limited Objection and Joinder of Creditor/Plaintiff Lac La Ronge Indian Band, and the Certain Canadian Municipal and First Nations Creditors, to Entry of an Order Extending the Preliminary Injunction |
| 522 | 08/30/2024 | Objection to Motion to Extend Preliminary Injunction |
| 525 | 09/03/2024 | Reply to Motion/Reply Memorandum in Further Support of Motion to (I) Extend the Mediation; (II) Extend the Preliminary Injunction and Associated Deadlines including Tolling; and (III) Extend the Schedule for Standing Motion |
| 526 | 09/03/2024 | Statement/ The Ad Hoc Committee's Statement in Support of the Debtors' Motion to (I) Extend the Mediation, (II) Extend the Preliminary Injunction, and (III) Extend the Standing Motion |
| 527 | 09/03/2024 | Statement/The Official Committee of Unsecured Creditors Statement in Support of Debtors Motion to (I) Extend the Mediation; (II) Extend the Preliminary Injunction and Associated Deadlines Including Tolling; and (III) Extend Schedule for the Standing Motion |
| 533 | 09/06/2024 | Thirty-Seventh Amended Order Pursuant to 11 U.S.C. §105(a) Granting Motion for a Preliminary Injunction |
| 534 | 09/10/2024 | Transcript regarding Hearing Held on 9/5/2024 at 11:10 AM RE: Motion to Extend Time/Motion to (I) Extend the Mediation; (II) Extend the Preliminary Injunction and Associated Deadlines Including Tolling; and (III) Extend Schedule for the Standing Motion. |
| 535 | 09/12/2024 | Notice of Appeal Thirty-Seventh Amended Order Pursuant to 11 U.S.C. § 105(a) Granting Motion for a Preliminary Injunction |
| 536 | 09/13/2024 | Motion to Extend Time/Motion to (I) Extend Mediation; (II) Extend the Preliminary Injunction Associated Deadlines Including Tolling; and (III) Extend Schedule for the Standing Motion |
| 537 | 09/13/2024 | Motion to Extend Time/Motion to (I) Extend the Mediation; (II) Extend the Preliminary Injunction and Associated Deadlines Including Tolling; and (III) Extend Schedule for Standing Motion (with attachments) |
| 538 | 09/13/2024 | Memorandum of Law in Support to (I) Extend the Mediation; (II) Extend the Preliminary Injunction and Associated Deadlines Including Tolling; and (III) Extend the Schedule for the Standing Motion |
| 539 | 09/13/2024 | Motion to Shorten Time/Debtors' Ex Parte Motion for Entry of an Order Shortening Notice for Debtors' Motion to (I) |

| | | Extend the Mediation; (II) Extend the Preliminary Injunction and Associated Deadlines Including Tolling and (III) Extend Schedule for Standing Motion |
|---|---|---|
| 540 | 09/16/2024 | Order Shortening Notice with Respect to Debtors' Motion to (I) Extend the Mediation; (II) Extend the Preliminary Injunction and Associated Deadlines Including Tolling; and (III) Extend Schedule for the Standing Motion |
| 543 | 09/19/2024 | Objection to Motion/ Nassau County's NY's Objection to Debtors' Motion to (I) Extend the Mediation; (II) Extend the Preliminary Injunction and Associated Deadlines Including Tolling; and (III) Extend Schedule for the Standing Motion |
| 544 | 09/20/2024 | Objection to Motion/ Objection of the State of Washington to Motion for Injunction |
| 545 | 09/20/2024 | The State of Maryland's Renewed Limited Objection to Debtors' Motion to (I) Extend the Mediation; (II) Extend the Preliminary Injunction and Associated Deadlines including Tolling; and (III) Extend Schedule for the Standing Motion |
| 547 | 09/20/2024 | Response to Motion of Debtors to Extend the Preliminary Injunction |
| 548 | 09/20/2024 | Objection to Motion/State of Rhode Island's Limited Objection to Debtors' Motion to (I) Extend the Mediation; (II) Extend the Preliminary Injunction and Associated Deadlines Including Tolling; and (III) Extend Schedule for the Standing Motion |
| 549 | 09/20/2024 | Statement of the Plaintiffs Executive Committee Concerning Debtors' Motion to (I) Extend the Mediation; (II) Extend the Preliminary Injunction and Associated Deadlines Including Tolling; and (III) Extend Schedule for the Standing Motion |
| 550 | 09/22/2024 | Reply Motion to (I) Extend the Mediation; (II) Extend the Preliminary Injunction and Associated Deadlines Including Tolling; and (III) Extend Schedule for the Standing Motion |
| 551 | 09/22/2024 | Statement/ The Official Committee of Unsecured Creditors Statement in Support of the Relief Requested in the Debtors' Motion to (I) Extend the Mediation; (II) Extend the Preliminary Injunction and Associated Deadlines Including Tolling; and (III) Extend Schedule for the Standing Motion |
| 552 | 09/22/2024 | Statement in Support of the Motion to (I) Extend the Mediation; (II) Extend the Preliminary Injunction and Associated Deadlines Including Tolling; and (III) Extend Schedule for the Standing Motion |
| 553 | 09/22/2024 | Motion to Allow/ Motion to Correct the Statement of the Plaintiffs Executive Committee Concerning Debtors' Motion to (I) Extend the Mediation; (II) Extend the |

| | | |
|---|---|---|
| | | Preliminary Injunction and Associated Deadlines Including Tolling; and (III) Extend Schedule for the Standing Motion |
| 557 | 09/27/2024 | Thirty-Eighth Amended Order Pursuant to 11 U.S.C. §105(a) Granting Motion for a Preliminary Injunction |
| 560 | 10/03/2024 | Transcript regarding Hearing Held on 09/23/2024 at 2:06 PM RE: Motion to (I) Extend the Mediation; Etc. |

Dated: October 11, 2024

Respectfully submitted,

ANTHONY G. BROWN
Attorney General of Maryland

  /s/   *Brian T. Edmunds*
BRIAN T. EDMUNDS
SARAH A. ZADROZNY
Assistant Attorneys General
(admitted pro hac vice)
OFFICE OF THE ATTORNEY GENERAL
200 St. Paul Place
Baltimore, Maryland 21202
(410) 576-6578
bedmunds@oag.state.md.us
*Attorneys for the State of Maryland*

**CERTIFICATE OF SERVICE**

I, Brian T. Edmunds, hereby certify that on this 11th day of October 2024, I caused the foregoing State of Maryland's Statement of Issues and Designation of Record on Appeal to be served by this Court's CM/ECF System on all parties who are scheduled to receive notice through the Court's CM/ECF system.

  /s/   *Brian T. Edmunds*
BRIAN T. EDMUNDS