| | | |
|---|---|---|
| **CANDACE MCLAREN LANHAM**<br>*Chief Deputy Attorney General*<br><br>**CAROLYN A. QUATTROCKI**<br>*Deputy Attorney General*<br><br>**LEONARD J. HOWIE III**<br>*Deputy Attorney General*<br><br>**ZENITA WICKHAM HURLEY**<br>*Chief, Equity, Policy, and Engagement* | [Maryland State Seal]<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 10/25/2024<br><br>**STATE OF MARYLAND**<br>**OFFICE OF THE ATTORNEY GENERAL**<br>**CONSUMER PROTECTION DIVISION**<br><br>**ANTHONY G. BROWN**<br>*Attorney General* | **WILLIAM D. GRUHN**<br>*Division Chief*<br><br>**PETER V. BERNS**<br>*General Counsel*<br><br>**CHRISTIAN E. BARRERA**<br>*Chief Operating Officer*<br><br>**BRIAN T. EDMUNDS**<br>*Assistant Attorney General* |

October 25, 2024

**VIA ECF**
The Honorable Colleen McMahon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

*[Handwritten: Extension granted / Colleen McMahon / 10/25/2024]*

RE:   *In re Purdue Pharma, L.P.*, No. 24-CV-7042 (CM);
Opening Brief Deadline 3-Day Extension Request

Dear Judge McMahon:

Appellant, the State of Maryland, respectfully requests a three-day extension of time that would permit it to file its opening brief on Monday, October 28, 2024. This extension has become necessary to adjust to several urgent professional demands that have arisen in the past week. We also would like time to edit our brief to take into account Appellees' filing, on Monday, October 21, 2024, of an additional request for the bankruptcy court to further extend the preliminary injunction by 35 days through December 6, 2024. We have not been able to do so yet. Monday is also the date on which objectors must respond to the new extension motion.

Debtors have consented to this relief, provided we also ask the Court to extend their response deadline by three days to Monday, November 7, 2024. Given that Appellant's reply deadline would follow the next day, if it is not inconvenient for the Court, we would propose filing it on Tuesday, November 12, 2024, at 10:00 a.m. (the morning after Veteran's Day) and keeping the hearing deadline this Court has set for Thursday, November 14, 2024.

The schedule would be as follows:

200 Saint Paul Place ♦ Baltimore, Maryland, 21202-2021
Office Number (410) 576-6366 ♦ Main Office Toll Free (888) 743-0023
Consumer Complaints and Inquiries (410) 528-8662 ♦ Health Advocacy Unit/Billing Complaints (410) 528-1840
Identity Theft Unit (410) 576-6491 ♦ Home Builders Division Toll Free (877) 259-4525 ♦ Telephone for Deaf (410) 576-6372
www.marylandattorneygeneral.gov

The Honorable Colleen McMahon
October 25, 2024
Page 2 of 2

| Event | Current Schedule | New Schedule |
|---|---|---|
| Appellant's Opening Brief | October 25 | October 28 |
| Appellees' Response | November 4 | November 7 |
| Appellants' Reply | November 8 | November 12 |
| Hearing | November 14 | November 14 |

Respectfully Submitted,

/s/ *Brian Edmunds*
BRIAN T. EDMUNDS (*pro hac vice*)
Senior Assistant Attorney General
Office of the Attorney General
200 St. Paul Place
Baltimore, MD 21202
(410) 576-6383
bedmunds@oag.state.md.us

*Attorneys for the State of Maryland*