

**CANDACE MCLAREN LANHAM**
*Chief Deputy Attorney General*

**CAROLYN A. QUATTROCKI**
*Deputy Attorney General*

**LEONARD J. HOWIE III**
*Deputy Attorney General*

**ZENITA WICKHAM HURLEY**
*Chief, Equity, Policy, and Engagement*

**STATE OF MARYLAND**
**OFFICE OF THE ATTORNEY GENERAL**
**CONSUMER PROTECTION DIVISION**

**ANTHONY G. BROWN**
*Attorney General*

**WILLIAM D. GRUHN**
*Division Chief*

**PETER V. BERNS**
*General Counsel*

**CHRISTIAN E. BARRERA**
*Chief Operating Officer*

**BRIAN T. EDMUNDS**
*Assistant Attorney General*



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/28/2024

October 25, 2024

**VIA ECF**
The Honorable Colleen McMahon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    RE:    *In re Purdue Pharma, L.P.*, No. 24-CV-7042 (CM);
             Opening Brief Deadline 3-Day Extension Request

Dear Judge McMahon:

    I have been informed by Appellees' counsel that I misinterpreted their degree of consent to the letter-motion for an extension I filed earlier this afternoon. I had informed debtors counsel that I expected to seek only a 1-2 day extension of Maryland's reply, and interpreted counsel's (Mr. Vonnegut) reply "[t]hat's fine" in context as indicating a lack of concern with the timing of our reply.

    After filing the letter-motion, however, I received an email from another member of Appellees' legal team (Mr. Shinbot) indicating that the consent is only for an extension of the reply until Monday, November 10, 2024, unless the hearing is rescheduled until at least November 18, 2024.

    In light of this development, again, if it does not inconvenience the Court, the State of Maryland requests that it be permitted to file any reply brief on Sunday, November 10, 2024. The revised schedule would become:

200 Saint Paul Place ♦ Baltimore, Maryland, 21202-2021
Office Number (410) 576-6366 ♦ Main Office Toll Free (888) 743-0023
Consumer Complaints and Inquiries (410) 528-8662 ♦ Health Advocacy Unit/Billing Complaints (410) 528-1840
Identity Theft Unit (410) 576-6491 ♦ Home Builders Division Toll Free (877) 259-4525 ♦ Telephone for Deaf (410) 576-6372
www.marylandattorneygeneral.gov

The Honorable Colleen McMahon
October 25, 2024 (2)
Page 2 of 2

| Event | Current Schedule | New Schedule |
|---|---|---|
| Appellant's Opening Brief | October 25 | October 28 |
| Appellees' Response | November 4 | November 7 |
| Appellants' Reply | November 8 | November 10 |
| Hearing | November 14 | November 14 |

MEMO ENDORSED

Respectfully submitted,

/s/ Brian Edmunds
BRIAN T. EDMUNDS (*pro hac vice*)
Senior Assistant Attorney General
Office of the Attorney General
200 St. Paul Place
Baltimore, MD 21202
(410) 576-6383
bedmunds@oag.state.md.us

*Attorneys for the State of Maryland*

Counsel:
I really & only need to see the briefs you have no doubt filed with Judge Lane. Waste as little of your time and your clients' money as possible on this. The schedule is fine. The hearing will be at 11 AM on 11/14

Colleen McMahon
10/28/2024