USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

In re:                                          Chapter 11

PURDUE PHARMA L.P., et al.,                     Case No. 19-23649 (SHL)

        Debtors.                        (Jointly Administered)

                                                    Adv. Pro. No. 19-08289

------------------------------------x

STATE OF MARYLAND,

        Appellant,

vs.                                             Case No. 24-Civ-7042

PURDUE PHARMA L.P., et al.,

        Appellees.

------------------------------------x

McMahon J.:

      This will be an open proceeding—the press and public may listen to the proceeding *via* telephone, but will not be allowed to speak. The public call-in number is 646-453-4442; the access number to be entered when prompted is 605174822 followed by the pound sign. Recording of the conference is prohibited by law.

                                                                             /s/ Colleen McMahon
                                                                                 U.S.D.J.

BY ECF TO ALL COUNSEL