UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x

In re:                                              Chapter 11

PURDUE PHARMA L.P., *et al.*,                       Case No. 19-23649 (SHL)

    Debtors.[1]                   (Jointly Administered)

                                                 Adv. Pro. No. 19-08289

---------------------------------------x

STATE OF MARYLAND,

    Appellant,

vs.                                                 Case No. 24-Civ-7042

PURDUE PHARMA L.P., *et al.*,

    Appellees.[2]

---------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/25/2024

## ORDER

The orders of the Bankruptcy Court (Lane, U.S.B.J.), being the Thirty-Seventh Amended Order Pursuant to 11 U.S.C. § 105(a) Granting Motion for a Preliminary Injunction, dated September 6, 2024, Adv. Dkt. No. 533, the Thirty-Eighth Amended Order Pursuant to 11 U.S.C.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Purdue Products L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick and L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717), and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] Appellees in this case are the Debtors and the Official Committee of Unsecured Creditors of Purdue Pharma L.P., *et al.*

§ 105(a) Granting Motion for a Preliminary Injunction, dated September 27, 2024, Adv. Dkt. No. 557, and the Thirty-Ninth Amended Order Pursuant to 11 U.S.C. § 105(a) Granting Motion for a Preliminary Injunction, dated November 1, 2024, Adv. Dkt. No. 583, are AFFIRMED. Opinion to follow.

Dated: November 25, 2024

_____
U.S.D.J.

BY ECF TO ALL COUNSEL