UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
In re:

PURDUE PHARMA L.P., et al.,

               Debtors.
------------------------------------------------------------------X
STATE OF MARYLAND,

               Appellant,                                   24 **CIVIL** 7042

     -against-                                            **JUDGMENT**

PURDUE PHARMA L.P., et al.,

               Appellees.
------------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated November 26, 2024, the Bankruptcy Court's Orders that are before me on appeal are AFFIRMED. This constitutes the decision and order of the Court. It is a written opinion; accordingly, the case is closed.

**Dated:** New York, New York
          November 27, 2024

                                                                  **DANIEL ORTIZ**
                                                            **Acting Clerk of Court**

                                **BY:**      K. Mango
                                                             **Deputy Clerk**