IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PURDUE PHARMA, L.P., *et al*., <br>               Debtors. <br><br> STATE OF MARYLAND, <br>               Appellant, <br> v. <br><br> PURDUE PHARMA, L.P., *et al.,* <br>               Appellees. | No. 7:24-CV-7042-CM |

## NOTICE OF APPEAL

Appellant, the State of Maryland, respectfully appeals this Court's November 27, 2024 judgment affirming the extensions of the preliminary injunction to the United States Court of Appeals for the Second Circuit.

Dated: November 29, 2024

Respectfully submitted,

ANTHONY G. BROWN
ATTORNEY GENERAL OF MARYLAND

/s/
BRIAN T. EDMUNDS
SENIOR ASSISTANT ATTORNEY GENERAL

OFFICE OF THE ATTORNEY GENERAL
200 St. Paul Place
Baltimore, MD 21202
410-576-6578
bedmunds@oag.state.md.us

*Attorneys for Appellant*

CERTIFICATE OF SERVICE

    I hereby certify that on November 29, 2024, I filed the foregoing Notice of Appeal via ECF and thereby caused it to be served on all parties.

                                          /s/ _____
                                          BRIAN T. EDMUNDS