Daniel Ortiz, Clerk
Acting Clerk of Court Office
Daniel Patrick Moynihan, U.S. Courthouse
United States District Court
Southern District of New York
500 Pearl Street, Room 120
New York, New York 10007

December 9, 2024

**Re: In re Purdue Pharma, L.P., et al., No. 24-cv-7642(CM)**

Dear Mr. Ortiz, Clerk

    Find copy of correction to my letter motion filed in the Clerks's Office Unit for Pro se Litigants on November 13, 2024 under the above In re: Purdue Pharma, L.P., et al., Case No. 24-cv-7042(CM) and Case No. 21-cv-8049(CM)

Also, I have sent a courtesy copy to the Judge McMahon Chamber, as well as courtesy copy to the Honorable Sean H. Lane, U.S.B.J. (without attachments).

*Ronald Bass, Sr.*

Ronald Bass, Sr.

I certify copies of this letter motion have been email to the following people below:

1. Briant T. Edmunds (pro hac vice) bedmunds@oag.state.md.us
2. Marshal S. Huebner (Attorney)marshall.huebner@davispolk.com
3. apreis@akingump.com
4. For Judge Lane's Chambers: lize_ebanks@nysb.uscourts.gov